# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. NEWMAN, JR., | Case No.: 1:16-cv-00692 LJO JLT |
| Plaintiff, | ORDER AFTER SETTLEMENT CONFERENCE |
| v. | |
| TREBLE, LLC., et al., | |
| Defendants. | |

On February 3, 2017, the Court conducted a settlement conference at which the parties were able to agree to terms of a settlement.  Therefore, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **April 28, 2017**;
2. No later than February 15, 2017 and March 15, 2017, counsel for the defendants SHALL file a status report detailing the progress toward payment of the sum involved in the settlement;
3. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **February 6, 2017**             /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28