# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. NEWMAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> TREBLE, LLC., et al., <br><br> Defendants. | Case No.: 1:16-cv-00692 LJO JLT <br><br> ORDER TO THE PLAINTIFF SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDERS |

On February 3, 2017, the Court conducted a settlement conference at which the parties were able to agree to terms of a settlement. The Court ordered the stipulated dismissal to be filed no later than April 28, 1017. (Doc. 23) This has not occurred. However, the defendants have sought dismissal and the plaintiff has refused to do so. (Doc. 27) Thus, **no later than May 9, 2017**, the plaintiff is ordered to show cause why the matter should not be dismissed for his failure to comply with court orders.

IT IS SO ORDERED.

Dated: **May 2, 2017**                **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE