# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. NEWMAN, JR., | Case No.: 1:16-cv-00692 LJO JLT |
| Plaintiff, | ORDER CLOSING THE CASE |
| v. | (Doc. 29) |
| TREBLE, LLC., et al., | |
| Defendants. | |

On May 10, 2017, the parties filed as stipulation to dismiss this action with prejudice, with each party to bear their own attorney fees and costs. (Doc. 29)  The stipulation relies on Fed. R. Civ.P. 41(a)(1) which provides, "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Thus, the Clerk of Court is **DIRECTED** to close this action in light of the stipulation signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **May 11, 2017**              **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE